**Dasha RILEY, an individual, Defendant–Cross–claimant–Appellant,**

v.

**State of CALIFORNIA, People of California, Plaintiff–Cross–defendant–Appellee.**

No. 99–55532.

D.C. No. CV–99–00118–JTM/JAH.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 22, 2001.

Before LEAVY, THOMAS and RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Dasha Riley appeals pro se the district court's order remanding her action to state court under 28 U.S.C. § 1446(c)(4) after Riley sought to remove a pending criminal case from the Municipal Court of California involving a charge of driving a vehicle while intoxicated. We affirm for the rea-

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2. This disposition is not appropriate for publication and may not be cited to or by the

sons stated in the district court's order filed February 3, 1999.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

